

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:17-CR-197-O |
| Defendants: | Winter Boyette (01), Michael Dean (02), Jason Easley (03), Kimberly Bankston (06), Felicia Brown (09) Aaron Medina (10), & Gregory Mann (12) Sworn |
| Court Reporter: | Ana Warren |
| Interpreter: | N/A |
| US attorney: | Shawn Smith |
| Defense attorney: | Robert Herrington, Gary Smart, Derek Brown, James Whalen, William Bratton, & Blake Burns |
| Time in Court: | 8 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | September 26, 2017 |
| Status: | defts entered pleas of not guilty to the indictment Deft Medina continued in bond remaining Defts continued in custody |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

Other Information: