ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2017 OCT 10  PM 3: 37

CLERK OF COURT

UNITED STATES OF AMERICA

v.

WINTER LE BOYETTE (01)

No. 4:17-CR-197-O
[Supersedes Indictment returned September 20, 2017, as to defendant Winter Le Boyette only]

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One

Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B))

In and around January 2015, in the Fort Worth Division of the Northern District of Texas, defendant **Winter Le Boyette** did knowingly and intentionally possess with intent to distribute more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

JOHN R. PARKER
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817.252.5200
Facsimile:  817.252.5455

Superseding Information – Page 1