IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NITED STATES OF AMERICA | |
| v. | No. 4:17-CR-197-O |
| WINTER LE BOYETTE (01) | |

FACTUAL RESUME

SUPERSEDING INFORMATION:   Count One: Possession of a Controlled Substance with intent to Distribute (methamphetamine)
(in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

PENALTY:   $5,000,000 fine - not less than 5 years' imprisonment and not more than 40 years' imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 4 years.

MAXIMUM PENALTY:
$5,000,000 fine, and not less than 5 years' imprisonment and not more than 40 years' imprisonment, plus a term of supervised release of not less than 4 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Superseding Information are as follows:

First:   That the defendant knowingly possessed a controlled substance;

Second:   That the substance was in fact methamphetamine;

Third:   That the defendant possessed the substance with the intent to distribute it; and

**Factual Resume – Page 1**

Fourth: That the quantity of the substance was at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

In and around January 2015, in the Fort Worth Division of the Northern District of Texas, Winter Le Boyette received more than two ounces (more than 50 grams) of methamphetamine from another person. Winter Le Boyette possessed the methamphetamine with the intent to distribute it to others.

SIGNED this 6 day of October, 2017.

_____          _____
WINTER LE BOYETTE                    ROBERT HERRINGTON
Defendant                            Counsel for Defendant

**Factual Resume – Page 2**