UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER

| | |
|---|---|
| Type hearing: | ~~Rearraignment~~ _Guilty Plea at Arraignment_ NON-EVIDENTIARY HELD |
| Case number: | 4:17-CR-197 O |
| Defendant: | Winter Le Boyette (01), sworn |
| Court Reporter | Ana Warren |
| Interpreter: | |
| US attorney: | Shawn Smith |
| Defense attorney: | Robert Herrington |
| Time in Court: | 10 min. |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | October 18, 2017 |
| Status: | Defendant entered plea of guilty to count one of the one count SS Information |
| | Deft TBS: February 5, 2018 at 9:00 a.m. |
| | PSI Referral Form to Defendant's Attorney |
| | Scheduling Order to follow |
| | Deft continued in custody |
| Deputy Clerk: | Julie Harwell |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 18 2017

CLERK, U.S. DISTRICT COURT
By _____
        Deputy