CTJ

The Honorable Reed C. O'Connor
United States District Judge
501 West 10th Street
Fort Worth, Texas 76102-6882

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN - 4 2018

CLERK, U.S. DISTRICT COURT
By VVC 2:24
Deputy

RE:
Winter Le Bayette
Case # 0539   4:17CR-00197-0(01)


Judge O'Conner,
        I am requesting to reschedule my sentencing
date. I'm requesting an additional 30 days. I have
Multiple questions and concerns regarding my Pre-sentencing
Report. Due to the Holiday Season, I have Not been
able to reach my Attorney. Additionally I have
Concerns regarding the objections that my attorney
Made to my PSR. While the objection is sufficiently
Specific, it does Not cite any Fifth Circuit case law to
Support the objections. Nor does it address the
Relevant conduct findings as I requested. Judge
O'Connor, I'm Not an innocent person, but I do
Want to be treated in a fair manner. My PSR
has multiple erros and unsupported documentation
Please see the following concerns as an
example

PSR   CR.Dkt.217-1

Pg1   Errors

Pg1   Concern #1 - CR.Dkt.217-1
"The government will move the Court to dismiss Count 1 of the Indictment as the defendant only at the conclusion of sentencing."

I only have 1 count, I dont understand this statement.

Concern #2 - CR.Dkt.217-1

Pg4
#4   9-20-2017
Indictment Charged with Conspiracy to Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. §846, 841(a)1 & (b)1)(A - This was dismissed

#6   10-10-2017
Named in a single-count Superseding Information Charging Possession With Intent to Distribute a Controlled Substance   21 U.S.C. § 841(a)(1) & (b)(1)(B)

Pg.5   10-18-2017
Plead Guilty to Possession with Intent 21 U.S.C. § 841(a)(1) & (b)(1)(B)

Pg.5

#12  "Over view of the Conspiracy"
I'm not involved in a "Conspiracy". I plead guilty to
Possession With Intent to Distribute a Controlled
Substance - 21 U.S.C. § 841 (a)(1) :(b)(1)(B)

This information is Not correct and is not based on the
Charge I was indicted and Convicted of.

#13  This information is not correct. I was NOT involved in a
"Conspiracy"

#14  This information is not correct. The chart is "Detail actions
Within a Conspiracy" that I was NoT a part of and
not charged with Furthermore, the chart identifies dates
beyond the scope of the indictment. Dates on indictment
January 1, 2014 - 3/2015. Time frame on Chart starts
with 2011, which is outside the scope of the Charge
of the indicted and the offense of conviction, and
Continues beyond 3/2015 listing dates "unknown".

#15  This is based on "Conspiracy" charges

#16  based on "coconspirator" interviews. I am Not
apart of a Conspiracy. This information is Not
Correct.

#17   "I do not have coconspirators, I am Not in a "Conspiracy". This information is Not correct

Pg. 9

#24   level Not Correct. No evidence to support 2.55 kilograms of Methamphetamine, and information is based on evidence Collected in reference to a conspiracy that I was Not involved in and Not charged or indicted for.

#25   firearm is Not identified with serial number and was Not seized by the government. I did Not stipulate to any facts involving a gun, and I do Not have a record of carrying firearms. The so called witnesses are Members of a Conspiracy that I am Not a Member of.

#29   Offense level is Not Correct due to using conspiracy laws as opposed to the laws consistent with the offense of Conviction.

#33   Total offense level is Not correct due to using Conspiracy laws as opposed to the laws Consistent with the offence of Conviction

The purpose of requiring defendants to make timely objections to the PSR and actual sentence is founded upon considerations of fairness to the Court and to the parties and of the public interest in bringing litigation to an end after fair opportunity has been afforded to present all issues of law and fact.(United States v. McCloud 818 F.3d 591 (5th cir 2016). I have not seen my discovery and I need additional time to review my discovery and research Fifth Circuit Case Law regarding relevant Conduct and gun enhancements. My PSR should be updated to read correctly and consistent with my offense of conviction.

Additionally, I signed a Plea Agreement (CR.Dkt. 217-1 pg5# The Plea Agreement was signed for a sentence of 5 to 40 years, a sentence consistent with 21 U.S.C § 846 (Drug Conspiracy) an offense that I was not indicted for (CR.Dkt.217-1 pg  I plead guilty to 21 U.S.C § 841 (Intent to Distribute) which carries a maximum sentence of 20 years (21 U.S.C § 841). I am concerned that my plea Agreement is not correct and I am concerned about issues related to transgenders in the FBOP as stated in Rhonda Fleming v. United States Case number 7:17-CV-00009-O, Honorable Reed O'Connor Court. Is my Plea Agreement valid?

Judge O'Connor thank you for your time and Consideration.

Sincerely,

Winter Boyette

Notary: Yesenia L Duarte

12/29/2017

C.C. Judge Reed C. O'Connor

4:17 CR 1970

Mr. Herrington,                                    Dec 28th 2017

To submit a pleading to the Court 5th Circuit Case law Must be submitted to Qualify as a pleading per ABA standards. I need the 5th Circuit Case law that was submitted with my Objection Report. I also want to point out that in 1 of the report it's said that I was Merely present in 2005 and that is false it should be 2015. There are other issues I would like to speak to you about. So if you could please find the time I would like to see you in person

* I would also like a copy of my Discovery and please resend me a copy of All my Legal paper work. Thank you

Respectfully,
Winter Bryant

Notary: Yesenia L. Duarte
12/29/2017

C.C. Judge Reed C. O'Connor

Winerle Bouette
Mansfield Law Jail
1601 Heritage Pkwy
Mansfield Pod 3

2018 JAN -4  PM 2:24

CLERK OF COURT

INMATE CORRESPONDENCE

The Honorable Reed C. O'Connor
United States District Judge
501 West 10th Street

DALLAS TX 750

NORTHERN TEXAS TX DISTR