The Honorable Reed C. O'Conner
United States District Judge
501 West 10th Street
Fort Worth, Texas 76102-6882

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 1 6 2018

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

RE:
Winter Le Boyette
Case #0539 4:17CR00197-0/01)

Judge O'Conner,
        I'm writing you because I want
You to know that No I'm not an
innocent person and I'm not asking for
a slap on the wrist. I have filed a
set of second supplemental objections I
understand they are late and I apologize
for that but I pray that you take
those as well as My Motion for Variance
into consideration during my sentencing.
Thank you for your time and Consideration

                                    Respectfully

                                    Winter Boyette



NORTH TEXAS TX PROC
DALLAS TX 750
14 FEB 2018 PM 9 L

INMATE CORRESPONDENCE

Winter Le Boyette
1601 Heritage Pkwy
Mansfield, Tx 76063

The Honorable Reed C O'Conner
United States District Judge
501 West 10th Street
Fort Worth Texas 76102-3643

CLERK OF COUR.
2018 FEB 16  PM 1:30
FT WORTH DIVISION