UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | Docket No. 4:17 CR197 (1) |
| versus | § § | |
| | § § | |
| WINTER LE BOYETTE | § | |

### NOTICE OF APPEAL

Defendant serves notice that she APPEALS the judgment of conviction and sentence announced in open court in this case on February 21, 2018.

Respectfully submitted,

*/s/ Rob Herrington*
Robert J. Herrington, Esq.
Texas Bar 00790163
P.O. Box 262234
Plano, TX 75026-2234
214.557.0577 (telephone)
972.599.0391 (fax)

APPROVED:

X_____
Winter Le Boyette, defendant

### CERTIFICATE OF SERVICE

This notice was served via the ecf system on counsel for the government, at his address of record on February ~~February~~ March 3, 2018.

*/s/ Rob Herrington*
ROBERT J. HERRINGTON